Hillsborough, }
  Dec. 6, 1910. }

### EVERETT *v.* MANSFIELD.

ASSUMPSIT. Trial by the court. Transferred from the May term, 1910, of the superior court by *Chamberlin*, J., on the plaintiff's exception to the denial of her motion for costs.

*Frank O. Chellis*, for the plaintiff.

*Jesse M. Barton* and *Taggart, Tuttle, Burroughs & Wyman*, for the defendants.

YOUNG, J. The defendant was the prevailing party, and there is nothing in the record which makes this case an exception to the general rule. P. S., c. 229, s. 1.

*Exception overruled.*

All concurred.